UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:12-CR-397-T-30AEP

OMAR JOSE MICOLTA-GIRON
_____/

### ORDER

**THIS CAUSE** came on to be considered upon Defendant's Motion for Transcript (Dkt. #28). The Defendant is requesting this Court to provide him, free of charge, a copy of the sentencing transcript.

A federal prisoner seeking to attack his conviction is not automatically entitled to free transcripts. United States v. MacCollom, 426 U.S. 317, 325-326 (1976). To be entitled to a transcript, the prisoner must show a particularized need. That is, a defendant must identify not just a type of proceeding, but a non-frivolous issue for which the transcript is necessary. Here, the Defendant has not identified such an issue.

It is therefore ORDERED AND ADJUDGED that Defendant's Motion for Transcript (Dkt. #28) is DENIED without prejudice. Once Defendant identifies a particularized need for such transcript(s), the issue will be reconsidered by this Court.

**DONE** and **ORDERED** in Tampa, Florida on November 4, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

F:\Docs\2012\12-cr-397 no free transcript.wpd